[No. 37519-9-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THO
PHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03816-8, Norma Smith Huggins, J.,
entered September 18, 1995. *Reversed* by unpublished per
curiam opinion.

[No. 35317-9-I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01524-5, Richard M. Ishikawa, J., entered
September 12, 1994. *Reversed* by unpublished per curiam
opinion.

[No. 35432-9-I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
HARRY FIELDER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00530-2, Gerald L. Knight, J.,
entered October 14, 1994. *Affirmed* by unpublished per
curiam opinion.

[No. 36535-5-I.    Division One.    June 3, 1996.]

*In the Matter of the Marriage of* NANCY I. AZIZ,
*Appellant, and* GEORGE W. AZIZ, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 86-3-05271-6, Sally Phillips Pasette, J.,
entered March 31, 1995. *Affirmed* by unpublished per
curiam opinion.